IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GREEN MOUNTAIN GLASS, LLC and CULCHROME, LLC,<br><br>　　　Plaintiffs/Counter-Defendants,<br><br>v.<br><br>O-I GLASS, INC. and OWENS-BROCKWAY GLASS CONTAINER INC.,<br><br>　　　Defendants/Counterclaimants. | §§§§§§§§§§§§ Civil Action No. 6:19-CV-600-ADA<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF ADAM M. GREENFIELD IN SUPPORT OF
O-I GLASS, INC. AND OWENS-BROCKWAY GLASS CONTAINER INC.'S
<u>RESPONSIVE CLAIM CONSTRUCTION BRIEF</u>**

　　　I, Adam M. Greenfield, state and declare as follows:

　　　1.　　I am a member in good standing for the Bar of the District of Columbia and an attorney at the law firm of Latham & Watkins LLP, counsel of record for Defendants O-I Glass, Inc. and Owens-Brockway Glass Container Inc. (collectively "O-I") in the above-captioned action. I make this declaration in support of O-I's Responsive Claim Construction Brief. I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify competently thereto.

　　　2.　　Attached hereto as **Exhibit R** is a true and correct copy of the Judgment entered by the United States Court of Appeals for the Federal Circuit in *Green Mountain Glass, LLC v. Saint-Gobain Containers, Inc., dba Verallia North America*, Appeal No. 18-1725 on July 12, 2019 (Dkt. No. 63).

3. Attached hereto as **Exhibit S** is a true and correct copy of United States Court of Appeals for the Federal Circuit Internal Operating Procedure #10, which is dated July 7, 2016 and available at http://www.cafc.uscourts.gov/rules-of-practice/internal-operating-procedures.

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of August 2020 in Arlington, Virginia.

*Adam Greenfield*
Adam M. Greenfield

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 27, 2020, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF Electronic Filing System.

                */s/ Brian C. Nash*
                Brian C. Nash