# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GREEN MOUNTAIN GLASS, LLC AND CULCHROME, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> O-I GLASS, INC., AND OWENS-BROCKWAY GLASS CONTAINER INC. <br><br> Defendants. | Civil Action No. 6:19-cv-00600-ADA <br><br> JURY TRIAL DEMANDED |

<u>Declaration of John E. Schiltz</u>
<u>in Support of Plaintiffs' Response to Defendants' Opening Claim Construction Brief</u>

I, John E. Schiltz, hereby declare as follows:

1.    I am an attorney in the law firm of Susman Godfrey, LLP. I am counsel for Plaintiffs Green Mountain Glass, LLC and Culchrome, LLC (collectively, "Green Mountain"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2.    I submit this declaration in support of Plaintiffs' Response to Defendants' Opening Claim Construction Brief.

3.    Attached to this declaration as **Exhibit 7** is a true and correct copy of Ardagh's Opening Appellant Brief before the United States Court of Appeals for the Federal Circuit, dated July 13, 2018.

4.    Attached to this declaration as **Exhibit 8** is a true and correct copy of the Response and Opening Cross-Appeal Brief for Plaintiffs – Cross-Appellants Green Mountain Glass, LLC

1

and CulChrome, LLC, dated October 12, 2018.

5.     Attached to this declaration as **Exhibit 9** is a true and correct copy of Green Mountain's Opening Claim Construction Brief in the Ardagh action, dated February 11, 2015.

6.     Attached to this declaration as **Exhibit 10** is a true and correct copy of the Glass Packaging Institute's article entitled "Glass Recycling Maximize Your Market Minimize the Waste," entered into evidence at trial during the Ardagh action.

7.     Attached to this declaration as **Exhibit 11** is a true and correct copy of Green Mountain's Preliminary Response to Ardagh's IPR Petition Pursuant to 37 C.F.R. § 42.107, dated June 30, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of August, 2020, at Seattle, WA.

By: /s/ *John E. Schiltz*
John E. Schiltz